SHELLY LYNN KELLY
44 GETAWAY LN
APT 1
HATTIESBURG, MS 39402

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ADAM'S FAMILY DENTAL
275 11TH AVE SW
MAGEE, MS 39111

AFFIRM
443 IRVING DR
BURBANK, CA 91504

ALLY FINANCIAL, INC
ATTN: BANKRUPTCY
PO BOX 380901
BLOOMINGTON, IL 55438

AT&T
PO BOX 5087
CAROL STREAM, IL 60197-508

AUSTIN W HOLMES DMD
1927 23RD AVE
MERIDIAN, MS 39301

BARCLAYS BANK DELAWARE
ATTN: BANKRUPTCY
PO BOX 8801
WILMINGTON, DE 19899

BARCLAYS BANK DELEWARE
125 S WEST ST
WILMINGTON, DE 19801

CBNA
200 CREEKSIDE DR
DICKSON, TN 37055

COMENITY BANK
P.O. BOX 183044
COLUMBUS, OH 43218-3044

COMENITY CAPITAL BANK
P.O. BOX  183003
COLUMBUS, OH 43218-3003

CREDIT FIRST
P.O. BOX 81307
CLEVELAND, OH 44181

CREDIT SYSTEMS
ATTN: BANKRUPTCY
PO BOX 1088
ARLINGTON, TX 76004

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FAST PACE
1038 WORTHWEST AVE
MCCOMB, MS 39648

FRANKLIN SERVICE INC
PO BOX 3910
TUPELO, MS 38803-3910

GENESIS FS CARD
ATTN: BANKRUPTCY
PO BOX 4477
BEAVERTON, OR 97076

IMAGINE CREDIT
PO BOX 105824
ATLANTA, GA 30348

JACOB LAW GROUP
2623 WEST OXFORD LOOP
OXFORD, MS 38655

KEESLER FCU
ATTN: BANKRUPTCY
PO BOX 7001
BILOXI, MS 39534

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

KLS FINANCIAL SERVICES
P.O. BOX 565
MORRISVILLE, NC 27560

LVNV FUNDING LLC
PO BOX 1269
GREENVILLE, SC 29602

MAGEE GENERAK HOPSITAL
300 3RD AVE SE
MAGEE, MS 39111

MERIT HEALTH WESLEY
5001 HARDY ST
HATTIESBURG, MS 39402

PRIORITYONE BANK
POB 516
MAGEE, MS 39111

REPUBLIC FINANCE
1573SIMPSON HIGHWAY 49
MAGEE, MS 39111

SWC GROUP
4120 INTERNATIONAL PKW
STE 100
CARROLLTON, TX 75007

SYNCHRONY
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

TIMOTHY KELLY
2946 SIMPSON HWY 28 W
MENDENHALL, MS 39114


TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232

WELLS FARGO
800 WALNUT
DES MOINES, IA 50309