Certificate Number: 05781-MSS-DE-041108637

Bankruptcy Case Number: 26-50823



05781-MSS-DE-041108637

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 17, 2026, at 11:18 o'clock PM PDT, Shelly Kelly completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:   June 17, 2026                              By:      /s/Allison M Geving

Name:   Allison M Geving

Title:   President