United States Bankruptcy Court
Southern District of Mississippi

In re: Shelly Lynn Kelly
Debtor

Case No. 26-50823-KMS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: admin | Page 1 of 3
Date Rcvd: Sep 09, 2026 | Form ID: 318 | Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Shelly Lynn Kelly, 29 Albert McCullum Rd, Ellisville, MS 39437-4777 |
| 5673806 | + | Adam's Family Dental, 275 11th Ave SW, Magee, MS 39111-3553 |
| 5673807 | + | Affirm, 443 Irving Dr, Burbank, CA 91504-2447 |
| 5673810 | + | Austin W Holmes DMD, 1927 23rd Ave, Meridian, MS 39301-3108 |
| 5673813 | + | CBNA, 200 Creekside Dr, Dickson, TN 37055-2176 |
| 5673819 | + | Fast Pace, 1038 Worthwest Ave, McComb, MS 39648-2116 |
| 5673828 | + | Magee Generak Hopsital, 300 3rd Ave SE, Magee, MS 39111-3698 |
| 5673829 | + | Merit Health Wesley, 5001 Hardy St, Hattiesburg, MS 39402-1308 |
| 5673830 | + | Priorityone Bank, Pob 516, Magee, MS 39111-0516 |
| 5673831 | + | Republic Finance, 1573Simpson Highway 49, Magee, MS 39111-4345 |
| 5673834 | + | Timothy Kelly, 2946 Simpson Hwy 28 W, Mendenhall, MS 39114-4871 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QDAHENDERSON.COM | Sep 09 2026 23:55:00 | Derek A Henderson T1, 1765-A Lelia Drive, Suite 103, Jackson, MS 39216-4820 |
| cr | + | EDI: AISACG.COM | Sep 09 2026 23:55:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| cr | + | EDI: AISACG.COM | Sep 09 2026 23:55:00 | Ally Capital, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5673809 | | EDI: ATTWIREBK.COM | Sep 09 2026 23:55:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5674711 | + | EDI: AISACG.COM | Sep 09 2026 23:55:00 | Ally Capital Department, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5673808 | + | EDI: GMACFS.COM | Sep 09 2026 23:55:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 5673811 | + | EDI: TSYS2 | Sep 09 2026 23:55:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 5673812 | + | EDI: TSYS2 | Sep 09 2026 23:55:00 | Barclays Bank Deleware, 125 S West St, Wilmington, DE 19801-5014 |
| 5673814 | | EDI: WFNNB.COM | Sep 09 2026 23:55:00 | Comenity Bank, P.O. Box 183044, Columbus, OH 43218-3044 |
| 5673815 | | EDI: WFNNB.COM | Sep 09 2026 23:55:00 | Comenity Capital Bank, P.O. Box 183003, Columbus, OH 43218-3003 |
| 5673816 | + | EDI: CRFRSTNA.COM | Sep 09 2026 23:55:00 | Credit First, P.O. Box 81307, Cleveland, OH 44181-0307 |

| | | | | |
|---|---|---|---|---|
| 5673817 | + | Email/Text: CSIBKR@CREDITSYSTEMSINTL.COM | Sep 09 2026 20:00:00 | Credit Systems, Attn: Bankruptcy, Po Box 1088, Arlington, TX 76004-1088 |
| 5673818 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 09 2026 20:02:46 | Cws/cw Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5673820 | | Email/Text: FSBank@franklinservice.com | Sep 09 2026 19:59:00 | Franklin Service Inc, PO Box 3910, Tupelo, MS 38803-3910 |
| 5673821 | + | EDI: PHINGENESIS | Sep 09 2026 23:55:00 | Genesis FS Card, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5673822 | + | Email/Text: bankruptcy@webbank.com | Sep 09 2026 19:59:00 | Imagine Credit, Po Box 105824, Atlanta, GA 30348-5824 |
| 5673823 | ^ | MEBN | Sep 09 2026 19:55:27 | Jacob Law Group, 2623 West Oxford Loop, Oxford, MS 38655-5442 |
| 5676204 | ^ | MEBN | Sep 09 2026 19:56:26 | Joseph T. McDaniel, Esq., For First Tower Loan of Mississippi LLC, d/b/a Tower Loan of Mendenhall, P O Box 320001, Flowood MS 39232-0001 |
| 5673826 | | Email/Text: BKRsecure@klsfs.com | Sep 09 2026 20:00:00 | KLS Financial Services, P.O. Box 565, Morrisville, NC 27560 |
| 5673824 | + | Email/Text: melissa.martin@kfcu.org | Sep 09 2026 20:00:00 | Keesler FCU, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5673825 | + | Email/Text: melissa.martin@kfcu.org | Sep 09 2026 20:00:00 | Keesler FCU, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5673827 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 09 2026 20:02:41 | LVNV Funding LLC, Po Box 1269, Greenville, SC 29602-1269 |
| 5673832 | + | Email/Text: bankruptcy@sw-credit.com | Sep 09 2026 20:00:00 | SWC Group, 4120 International Pkw, Ste 100, Carrollton, TX 75007-1957 |
| 5673833 | + | EDI: SYNC | Sep 09 2026 23:55:00 | Synchrony, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5673835 | | Email/Text: bankruptcycourt@towerloan.com | Sep 09 2026 19:59:00 | Tower Loan, Attn: Bankruptcy, Po Box 320001, Flowood, MS 39232 |
| 5673836 | + | EDI: WFAUTO | Sep 09 2026 23:55:00 | Wells Fargo, 800 Walnut, Des Moines, IA 50309-3891 |

TOTAL: 26

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | First Tower Loan, LLC, d/b/a Tower Loan of Menden |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Derek A Henderson T1 | trustee@derekhendersonlaw.com dhenderson@ecf.axosfs.com;denise@derekhendersonlaw.com |
| Joseph Todd McDaniel | on behalf of Creditor First Tower Loan LLC, d/b/a Tower Loan of Mendenhall jmcdaniel@towerloan.com, cedouglas@towerloan.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Shelly Lynn Kelly trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 4

***Information to identify the case:***

| | | | |
|---|---|---|---|
| Debtor 1 | **Shelly Lynn Kelly** | Social Security number or ITIN | **xxx–xx–9688** |
| | First Name Middle Name Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name Middle Name Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the **Southern District of Mississippi**

Case number: **26–50823–KMS**

## Order of Discharge

**12/15**

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Shelly Lynn Kelly**

Dated: 9/9/26

**By the court:** /s/Katharine M. Samson
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for most taxes;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;
- debts for most fines, penalties, forfeitures, or criminal restitution obligations;
- some debts which the debtors did not properly list;
- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**